954 So.2d 649 (2007)
Luis Alberto GUERRA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-3220.
District Court of Appeal of Florida, Third District.
March 28, 2007.
Rehearing Denied May 2, 2007.
Luis Alberto Guerra, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, CORTIÑAS, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); Coday v. State, 946 So.2d 988 (Fla.2006).